# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

               Plaintiff,

       vs.

ALVARO MARTIN JARAMILLO (25),

              Defendant.

CASE NO. 85CR252-LAB

**JUDGMENT OF DISMISSAL**

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_x\_ the Court has granted the motion of the Government for dismissal;

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

\_X\_ of the offense(s) as charged in the Indictment/Information:

21:841(a)(1) and 846 - Conspiracy to Possess Cocaine with Intent to

Distribute (1)

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/31/2011

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE