## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>ALVARO MARTIN JARAMILLO (25),<br><br>                    Defendant. | CASE NO. 85CR252-LAB<br><br>**JUDGMENT OF DISMISSAL** |

         IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___     an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___     the Court has dismissed the case for unnecessary delay; or

_x_     the Court has granted the motion of the Government for dismissal;

___     the Court has granted the motion of the defendant for a judgment of acquittal; or

___     a jury has been waived, and the Court has found the defendant not guilty; or

___     the jury has returned its verdict, finding the defendant not guilty;

_X_     of the offense(s) as charged in the Indictment/Information:

        21:841(a)(1) and 846 - Conspiracy to Possess Cocaine with Intent to

        Distribute (1)

         IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 10/31/2011

_____
LARRY ALAN BURNS
UNITED STATES DISTRICT JUDGE